UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

LOGAN PIRTLE,

                    Plaintiff,          NO. CV-11-0099-EFS

          v.

EXPERIAN INFORMATION SOLUTIONS,         **ORDER DISMISSING CASE AND**
INC., an Ohio Corporation,              **CLOSING FILE**

                    Defendant.

     This matter comes before the Court on the parties' Stipulation Re Dismissal with Prejudice.  ECF No. 46.  Therein, the parties inform the Court that a settlement has been reached and ask the Court to dismiss this matter with prejudice.

     Based on the stipulation of the parties, **IT IS HEREBY ORDERED**:

     1.  This matter is **DISMISSED**.

     2.  **Judgment** shall be **ENTERED** in Defendant's favor **with prejudice** and with each party to bear their own costs and fees.

     3.  This file shall be **CLOSED** and all pending hearings and deadlines **STRICKEN**.

     **IT IS SO ORDERED.** The District Court Executive is directed to enter this Order and distribute copies to counsel.

     **DATED** this   6th    day of February 2012.


                         S/ Edward F. Shea
                         EDWARD F. SHEA
                    United States District Judge

Q:\Civil\2011\99.Stip.Dismiss.2.lc2.wpd

ORDER * 1