# UNITED STATES DISTRICT COURT
### Eastern District of Washington

LOGAN PIRTLE,

            Plaintiff,

            v.

EXPERIAN INFORMATION SOLUTIONS INC., an Ohio Corporation,

            Defendant.

JUDGMENT IN A CIVIL CASE

CASE NUMBER: CV-11-0099-EFS

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court.** This action came to hearing before the Court. The issues have been heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED that judgment is entered in favor of Defendant with prejudice pursuant to the Order Dismissing Case and Closing File entered on February 6, 2012, Ct. Rec. 47.

| | |
|---|---|
| 2/6/2012 | JAMES R. LARSEN |
| *Date* | *Clerk* |
| | s/ Cora Vargas |
| | *(By) Deputy Clerk* |
| | Cora Vargas |